# Exhibit 10

Message

| | |
|---|---|
| **From:** | "James Sublett" <jsublett@familyallergy.com> [jsublett@familyallergy.com] |
| **Sent:** | 5/17/2011 1:43:24 PM |
| **To:** | Donald Aaronson [doclaw@post.harvard.edu]; Gary Gross [ggross144@earthlink.net] |
| **Subject:** | FW: Topic for Advisory Board |
| **Attachments:** | Remote Allergy letter.doc |

Gary and Don,

I have been asked to serve on the Phadia advisory board. They are trying to repair prior damage done in their relationship with allergists. Much of this was really promoted by labs like Quest to PCPs, but they, I'm sure reaped a benefit.

I have met with Tonya a few times and they are anxious to support efforts against the United Allergy Labs and other similar operations. As you can see, they have also been in contact with AANMA. I'm not sure how they intend to use the letter, but will clarify.

My questions:

1. Do you see any conflict of interest in me serving on their advisory board?
2. Any problem with me giving this type of update at the meeting?
3. Could we sign on to a modified letter or ask them to send it without us, but include AANMA.


JS

**From:** "Winders, Tonya" <tonya.winders@phadia.com>
**Date:** Mon, 16 May 2011 14:44:44 -0500
**To:** James Sublett <jsublett@familyallergy.com>
**Subject:** Topic for Advisory Board

Dear Dr. Sublett,

Thank you again for your participation in the Phadia Specialist Advisory Board! I am confident that this influential, well-versed group will significantly aid in the further development of strategy and provide valuable insight to shape our future.

I was hoping you would be willing to provide a 30-minute presentation on "Update on Joint Council of Allergy and Immunology----Critical Needs/Issues Affecting the Specialist Community & Opportunities for Collaboration with the College and the Academy" on Friday, June 10. 2011. I would like you to discuss the current needs and issues affecting the specialty including the remote practice of allergy, as well as how we may support the efforts of the ACAAI & AAAAI. I am also forwarding you the letter we have discussed to address the remote practice of allergy for your review and comments. AANMA has agreed to support this initiative.

Please let me know if you are willing to lead in this way by the end of business on Tuesday so that I may complete the agenda and distribute it to the board.

Thanks Again,
Tonya

Tonya A. Winders

WDTX-JCAAI-029920

Market Development Team Leader
Phadia US, Inc.
615-300-2569
www.pirllab.com
www.phadia.us

Phadia disclaimer: This e-mail and any attachment may contain information that is legally
 privileged,
confidential or exempt from disclosure. If you are not the intended recipient, please note
that any dissemination, distribution or copying of this e-mail and/or any of the attachments
is strictly prohibited. Anyone who receives this e-mail in error should notify the sender
immediately by telephone or return e-mail and delete it from his or her computer.


This email,and any files or attachments transmitted with it contains information that is confidential and proprietary. This information is intended only for the use of the individual(s) and entity(ies) to whom it is addressed. If you are the intended recipient, further disclosures are prohibited without proper authorization. If you are not the intended recipient, any disclosure, copying, printing, or use of this information is strictly prohibited and possibly a violation of federal or state law. If you have received this information in error, please notify Family Allergy & Asthma immediately at 502-429-8585 or via email to the sender.