# Exhibit 11

Message

| | |
|---|---|
| **From:** | "garyngross@gmail.com" <garyngross@gmail.com> [garyngross@gmail.com] |
| **on behalf of** | "Gary Gross" <ggross144@earthlink.net> [ggross144@earthlink.net] |
| **Sent:** | 8/21/2011 5:17:39 PM |
| **To:** | James Sublett [jsublett@familyallergy.com] |
| **CC:** | Donald Aaronson [doclaw@doclaw.org] |
| **Subject:** | Re: FW: Meijer Supercenter to Offer MyAllergyTest(R) |

agree. not much we can do. i spoke with one of the medial directors for a local part of a national insurance company about UAL. He said it is very hard to manage CPT codes and also difficult to restrict them to specialists. He realized there is abuse but is more concerned about surgicenters and so forth than allergy testing. i am not sure how to get their attention or how to demonstrate the poor care but sounds like Meijer is a direct to consumer version. would be nice to get some numbers on UAL's profits to show the insurance companies.

On Sun, Aug 21, 2011 at 5:09 AM, James Sublett <jsublett@familyallergy.com> wrote:

Don't think this is really anything we can do about this.

JS

**From:** "Winders, Tonya" <tonya.winders@phadia.com>
**Date:** Fri, 19 Aug 2011 11:39:44 -0500
**To:** Linda Cox <lindaswolfcox@msn.com>
**Cc:** James Sublett <jsublett@familyallergy.com>
**Subject:** RE: FW: Meijer Supercenter to Offer MyAllergyTest(R)

Jim & Linda,

Thank you for this additional insight. Are you all planning to similarly approach Meijers in light of this recent announcement?

This is yet another example of the remote practice of allergy which we believe must be addressed aggressively to preserve the integrity of the specialty and encourage appropriate utilization of available diagnostic tools. As you both know, Phadia is committed to addressing this at various levels with payers, physicians, practice managers, and trade organizations. We would like to work collectively and cooperatively with the allergist community to accelerate this strategy and ensure optimal coordination of care.

Thanks again for the information.

Tonya A. Winders

WDTX-JCAAI-031165

Market Development Team Leader

Phadia US Inc.

615-300-2569

www.pirllab.com

www.phadia.us

**From:** lindacox1955@gmail.com [mailto:lindacox1955@gmail.com] **On Behalf Of** Linda Cox
**Sent:** Thursday, August 18, 2011 9:35 PM
**To:** Winders, Tonya
**Subject:** Re: FW: Meijer Supercenter to Offer MyAllergyTest(R)

Jim and Tonya

This test has been around for awhile and was an active SETTaF  'agenda' item for some
time after someone (? Don Aaronson) brought it to our attention because COSTO was offering it for a short period of
time. Bob Krawicz, the ACAAI SETTaF staff liaison contacted COSTO and learned they. We actually had planned to study
it and compared the results to other assays We actually had a study outline drafted. But Bob Hamilton, a SETTaF
member did some research and found the test results to be valid -see the attached summary letter to SETTaF. The
project was abandoned

On Thu, Aug 18, 2011 at 7:10 PM, Winders, Tonya <tonya.winders@phadia.com> wrote:

Dr. Cox,

I wanted to share an email chain with Dr. Jim Sublett regarding the remote practice of allergy and a recent development
in the Midwest. Meijer Supercenter grocery stores has decided to offer a direct-to-patient allergy screen and the
hyperlink with details is below.

WDTX-JCAAI-031166

I look forward to meeting with you and Dr. Wallace in the near future to discuss how Phadia can help to fight against the many forces of the remote practice of allergy and help to preserve the integrity of the allergy specialty. Please let me know your availability in late September or early October to hold a dinner meeting.

Thanks,

Tonya A. Winders

Market Development Team Leader

Phadia US Inc.

615-300-2569

www.pirllab.com

www.phadia.us

**From:** "Winders, Tonya" <tonya.winders@phadia.com>
**Date:** Thu, 18 Aug 2011 07:31:57 -0500
**To:** James Sublett <jsublett@familyallergy.com>
**Subject:** Re: Meijer Supercenter to Offer MyAllergyTest®

We have been aware of the test and the direct access via online ordering; however, I just learned of the retail marketing agreement and thought you would be interested.

Have a good day!

Tonya A. Winders
Market Development Team Leader
Phadia US Inc.
615-300-2569
www.pirllab.com
www.phadia.us

**From:** James Sublett [mailto:jsublett@familyallergy.com]
**Sent:** Thursday, August 18, 2011 12:08 PM
**To:** Winders, Tonya
**Subject:** Re: Meijer Supercenter to Offer MyAllergyTest®

This has been around a while. The first time I've seen it in the retail market.

JS

**From:** "Winders, Tonya" <tonya.winders@phadia.com>
**Date:** Wed, 17 Aug 2011 23:25:10 -0500
**To:** James Sublett <jsublett@familyallergy.com>
**Subject:** Meijer Supercenter to Offer MyAllergyTest®

Have you heard about this? Double click on the underlined title below for the press release.

Meijer Supercenter to Offer MyAllergyTest®

Source: prweb.com

**ImmuneTech Partnership with Retail Chain Meijer Expands Innovative Allergy Diagnostic Test into Retail Market**

tonyawinders@bellsouth.net sent this using ShareThis.

```
Phadia disclaimer: This e-mail and
 any attachment may contain information that
 is legally privileged,
confidential or exempt from disclosure. If you
 are not the intended recipient, please note
that any dissemination, distribution or copying of
 this e-mail and/or any of the attachments
is strictly prohibited. Anyone who receives this e-mail in error should notify the sender
immediately by telephone or return e-mail and delete it from his or her computer.
```

This email,and any files or attachments transmitted with it contains information that is confidential and proprietary. This information is intended only for the use of the individual(s) and entity(ies) to whom it is addressed. If you are the intended

WDTX-JCAAI-031168

recipient, further disclosures are prohibited without proper authorization. If you are not the intended recipient, any disclosure, copying, printing, or use of this information is strictly prohibited and possibly a violation of federal or state law. If you have received this information in error, please notify Family Allergy & Asthma immediately at 502-429-8585 or via email to the sender.

```
Phadia disclaimer: This e-mail and any attachment may contain information that is legally privileged,
confidential or exempt from disclosure. If you are not the intended recipient, please note
that any dissemination, distribution or copying of this e-mail and/or any of the attachments
is strictly prohibited. Anyone who receives this e-mail in error should notify the sender
immediately by telephone or return e-mail and delete it from his or her computer.
```

This email,and any files or attachments transmitted with it contains information that is confidential and proprietary. This information is intended only for the use of the individual(s) and entity(ies) to whom it is addressed. If you are the intended recipient, further disclosures are prohibited without proper authorization. If you are not the intended recipient, any disclosure, copying, printing, or use of this information is strictly prohibited and possibly a violation of federal or state law. If you have received this information in error, please notify Family Allergy & Asthma immediately at 502-429-8585 or via email to the sender.

--
Linda Cox, MD
5333 North Dixie Highway
Ft. Lauderdale, Fl. 33334
office 954-771-0928
cell: 561-306-4219

This email,and any files or attachments transmitted with it contains information that is confidential and proprietary. This information is intended only for the use of the individual(s) and entity(ies) to whom it is addressed. If you are the intended recipient, further disclosures are prohibited without proper authorization. If you are not the intended recipient, any disclosure, copying, printing, or use of this information is strictly prohibited and possibly a violation of federal or state law. If you have received this information in error, please notify Family Allergy & Asthma immediately at 502-429-8585 or via email to the sender.

WDTX-JCAAI-031169