# Exhibit 15

Dr. Sublett,

As we discussed, AANMA met with an experienced FTC attorney last week and we are planning to take a four-pronged approach to tackling the deception issue. The attached one-page document highlights the details of this approach.

Furthermore, we are conducting a direct mail campaign to the medical directors of the top 100 commercial insurance payers encouraging them to conduct a utilization review including the list of the 2,184 participating physicians in the AAAPC.

Finally, we are conducting a direct mail campaign to the top 1000 allergy and asthma primary care sites (based on rx data) encouraging them not to participate in these deceptive acts.

Please advise if you have additional questions or thoughts on this strategic approach.

Tonya Winders, MBA
COO
Allergy & Asthma Network Mothers of Asthmatics
8201 Greensboro Dr, Ste 300
McLean, VA 22102
Cell: (615)-300-2569
twinders@aanma.org

WDTX-JCAAI-047867