IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ACADEMY OF ALLERGY & ASTHMA IN PRIMARY CARE AND UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY SERVICES<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN ACADEMY OF ALLERGY, ASTHMA & IMMUNOLOGY; AMERICAN COLLEGE OF ALLERGY, ASTHMA AND IMMUNOLOGY; DALLAS ALLERGY AND ASTHMA CENTER, P.A.; FAMILY ALLERGY & ASTHMA LLC; JOINT COUNCIL OF ALLERGY, ASTHMA & IMMUNOLOGY; LYNDON E. MANSFIELD M.D., P.A., DONALD AARONSON, M.D.; GARY GROSS, M.D.; LYNDON MANSFIELD, M.D.; JAMES SUBLETT, M.D.; and DAVID WELDON, M.D.; PSF, PLLC; ALLERGY AND ASTHMA NETWORK/MOTHERS OF ASHMATICS, INC.; TONYA WINDERS; JAMES WALLEN AND PHADIA US, INC.; ATLANTA ALLERGY & ASTHMA CLINIC, P.A.; STANLEY FINEMAN, M.D.<br><br>Defendants | CIVIL ACTION NO.<br>SA-14-CA-35-OG |

**DISMISSAL ORDER**

Pursuant to the Stipulation and Agreement between Plaintiffs and the Settling Defendants, and based on the representations set forth in their Joint Motion to Dismiss (Dkt. # 165), the Court hereby DISMISSES with prejudice all claims against Settling Defendants American College of Allergy, Asthma & Immunology ("ACAAI"), the Joint Council of Allergy, Asthma & Immunology ("JCAAI"), Dallas Allergy and Asthma Center, P.A., Lyndon E. Mansfield, M.D., P.A.; PSF, PLLC, Atlanta Allergy & Asthma Clinic, James Sublett, M.D., David Weldon, M.D., Gary Gross, M.D., Stanley Fineman, M.D.,

Donald Aaronson, M.D., and Lyndon Mansfield, M.D., with fees and costs to be paid by the party incurring same.

It is so ORDERED this ___ day of July, 2015.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE