IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ACADEMY OF ALLERGY & ASTHMA IN PRIMARY CARE AND UNITED BIOLOGICS, LLC D/B/A UNITED ALLERGY SERVICES<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN ACADEMY OF ALLERGY, ASTHMA & IMMUNOLOGY; AMERICAN COLLEGE OF ALLERGY, ASTHMA & IMMUNOLOGY; DALLAS ALLERGY AND ASTHMA CENTER, P.A.; JOINT COUNCIL OF ALLERGY, ASTHMA & IMMUNOLOGY; LYNDON E. MANSFIELD M.D., P.A., A PROFESSIONAL ASSOCIATION; PSF, PLLC; DONALD AARONSON, MD; GARY GROSS, MD; LYNDON MANSFIELD, MD; JAMES SUBLETT, MD; DAVID WELDON, MD; ALLERGY AND ASTHMA NETWORK/MOTHERS OF ASTHMATICS, INC.; TONYA WINDERS, JAMES WALLEN & PHADIA US INC.; ATLANTA ALLERGY & ASTHMA CLINIC, P.A.; STANLEY FINEMAN, MD<br><br>Defendants. | CIVIL ACTION NO. 14-35-OLG<br><br>JURY TRIAL DEMANDED |

## AGREED ORDER OF DISMISSAL

WHEREAS Plaintiffs Academy of Allergy & Asthma in Primary Care ("AAAPC") and United Biologics, LLC d/b/a United Allergy Services ("UAS") (collectively "Plaintiffs") and the American Academy of Allergy, Asthma & Immunology ("AAAAI") have agreed to resolve this case by entering into a Confidential Settlement Agreement;

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs will dismiss their claims against AAAAI with prejudice, and fully and completely release AAAAI for

all claims for damages and injunctive relief in the underlying action and each Party will bear its own costs.

STIPULATED AND AGREED TO ON: August 13, 2015.

/s/ Casey Low
Casey Low
Texas Bar No. 24041363
111 Congress Ave., Suite 2300
Austin, Texas 78701-4061
casey.low@bgllp.com
Fax: (800) 404-3970

**ATTORNEY FOR PLAINTIFFS AAAPC & UAS**

/s/ Gregory J. Casas
Gregory J. Casas
GREENBERG TRAURIG, LLP
300 West 6th Street, Ste. 2050
Austin, TX 78701
casasg@gtlaw.com
512-320-7210   Fax

**ATTORNEY FOR AMERICAN ACADEMY OF ALLERGY, ASTHMA & IMMUNOLOGY**

## ORDER

Pursuant to the Agreed Order of Dismissal between Plaintiffs and the American Academy of Allergy, Asthma & Immunology, the Court hereby DISMISSES with prejudice all claims against the American Academy of Allergy, Asthma & Immunology.

IT IS SO ORDERED this 18th of August 2015.

Orlando L. Garcia
United States District Judge