UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 2 7 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| United Biologies, LLC, Academy of Allergy & Asthma in Primary Care<br><br>Plaintiffs,<br><br>vs.<br><br>Allergy and Asthma Network/Mothers of Asthmatics, Inc. and Tonya Winders<br><br>Defendants. | NO: SA:14-CV-0035-RCL |

## JUDGMENT

Judgment shall be entered in favor of defendants, Allergy and Asthma Network/Mothers of Asthmatics, Inc. and Tonya Winders, based on a jury verdict. Plaintiff's shall take nothing.

IT IS SO ORDERED the 27th day of March, 2018.

_____
ROYCE C. LAMBERTH
SENIOR U.S. DISTRICT JUDGE